NOT FOR PUBLICATION

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORENZO OLIVER, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL MAIN, PH.D., JENNIFER VELEZ, LYNN KOVICH, GARY M. LANIGAN, HERBERT SMYCZEK, M.D., KATHLEEN SZOKE, R.N., FUNKE KANJI-OJELADE, R.N., NEW JERSEY DEPRTMENT OF HUMAN SERVICES, NEW JERSEY DIVISION OF MENTAL HEALTH SERVICES, NEW JERSEY DEPARTMENT OF CORRECTIONS, UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY (UMDNJ), and JOHN DOES 1-40, individually and in their official capacities, <br><br> Defendants. | Civil Action No. 12-03757-SDW-SCM <br><br> **ORDER** <br><br> July 10, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on June 16, 2017, by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Plaintiff Lorenzo Oliver's "Motion to Withdraw From Settlement," (Dkt. No. 127), be denied, and that the Motion to Enforce Settlement of Defendants Rutgers University, The State University of New Jersey, Herbert Smyczek, M.D.; and Funke Kanji-Ojelade, R.N.; (Dkt. No. 128), be granted. (Dkt. No. 140.) No objection to the R&R has been filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

1

**ORDERED** that the R&R of Judge Mannion is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:        Clerk
cc:          Magistrate Judge Steven C. Mannion
               Parties